■ FRED SHINAGEL, Appellant, v TRIBECA CORPORATION et al., Respondents.

No opinion. Concur—Sullivan, J. P., Carro, Rosenberger and Rubin, JJ.

■ In the Matter of the Liquidation of UNION INDEMNITY INSURANCE COMPANY OF NEW YORK. ROYAL BANK AND TRUST COMPANY, Respondent, v JAMES P. CORCORAN, as Superintendent of Insurance of the State of New York, Appellant.—

No opinion. Concur—Sullivan, J. P., Carro, Rosenberger and Rubin, JJ. *[See,* 148 Misc 2d 863.]